IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 10-cr-00315-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JENNIFER PUTNAM,

    Defendant.

## ORDER OF RECUSAL

This matter is before me on review of the file. Assistant U.S. Attorney James O. Hearty has entered an appearance on behalf of the government in this case. Due to the fact that I occasionally socialize with Mr. Hearty, I must recuse myself from this case. It is therefore

ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned.

DATED June 9, 2010.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge