**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 10-cr-00315-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JENNIFER PUTNAM,

    Defendant.

---

## PROTECTIVE ORDER

---

This matter comes before the Court on the United States' Motion for Protective Order (Doc. # 22), pursuant to Fed. R. Crim. P. 16(d)(1). Having reviewed the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is hereby

ORDERED that the United States' motion is granted, and Defendant Putnam and her counsel are barred from disclosing, to any third party, any telephone number, address, social security number, credit card number, bank account information, employment information, taxpayer ID number, medical and psychological information, and drug and alcohol use, that has been disclosed in discovery in the above-captioned matter, except to the extent that defense counsel needs to do so for trial preparation or for trial use.

DATED: August  26 , 2010      BY THE COURT:

                                                                       *Christine M Arguello*
                                                                       _____
                                                                       CHRISTINE M. ARGUELLO
                                                                       United States District Judge