**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE CHRISTINE M. ARGUELLO**

Criminal Action No. 10-cr-00315-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JENNIFER PUTNAM,

    Defendant.

## ORDER EXONERATING BOND

    This criminal action has proceeded to sentencing and a final judgment and conviction, and Defendant Putnam was sentenced to a term of probation. As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure Defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

    ORDERED that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

    ORDERED that the bail funds or property deposited into the registry of the court shall hereby be released by the Clerk of the Court, or a designated deputy, to the surety of Defendant.

    DATED at Denver, Colorado, this __16th__ day of February, 2011.

                                                          BY THE COURT:

                                                          _____
                                                          CHRISTINE M. ARGUELLO
                                                          United States District Judge